[No. 23624-2-III. Division Three. February 14, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. ROMAN S. BUSEV, *Appellant.*

Appeal from a judgment of the Superior Court for Benton County, No. 04-8-00695-2, Joseph R. Schneider, J. Pro Tem., entered November 5, 2004. *Affirmed* by unpublished opinion per Thompson, J. Pro Tem., concurred in by Sweeney, A.C.J., and Schultheis, J.

[No. 23699-4-III. Division Three. February 14, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. HOWARD EUGENE BANKS, *Appellant.*

Appeal from a judgment of the Superior Court for Whitman County, No. 04-1-00113-1, David Frazier, J., entered November 19, 2004. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Kato, C.J., and Sweeney, J.

[No. 23137-2-III. Division Three. February 16, 2006.]

*In the Matter of the Marriage of* ERIC J. SMITH, *Appellant,* and CHERYL A. JOHNSON, *Respondent.*

Appeal from a judgment of the Superior Court for Whitman County, No. 02-3-00058-6, David Frazier, J., entered June 4, 2004. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Kato, C.J., and Sweeney, J.

[No. 23308-1-III. Division Three. February 16, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. TERRANCE MICHAEL LARAMIE, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 03-1-03069-5, Kathleen M. O'Connor, J., entered August 19, 2004. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Kato, C.J., and Brown, J.